STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant DAVARIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DAVARIS,<br><br>    Defendant.<br>_____ | No. CR 12-850 EMC<br><br>STIPULATION and [P~~ROPOSE~~D]<br>ORDER TO MOVE MOTION TO<br>SUPPRESS HEARING DATE TO JUNE<br>26, 2013<br><br>Date: May 29, 2013<br>Time: 2:30 p.m.<br>Court: The Honorable Edward M. Chen |

Undersigned counsel stipulate as follows:

1. A motion hearing on Mr. Davaris' Motion to Suppress is currently scheduled in this matter on May 29, 2013. Mr. Davaris' Reply Brief is due to the Court on May 15, 2013;

2. The government's Response to the defendant's Motion includes detailed declarations from the officers at issue, some of whom did not write the police reports available in the original discovery. Defense counsel needs additional time to investigate the facts set forth in the officers' declarations;

3. Because this case occurred in Eureka, defense counsel and investigative staff will need to travel to Eureka and back (approximately 10 hours round trip) to conduct the necessary investigation, amidst the defense of other clients and cases, while dealing with the reality of one furlough day every two weeks until September, 2013 that is unavailable for work purposes;

| | | |
|---|---|---|
|4.| | The investigator for the Federal Public Defender assigned to this case is on annual leave/furlough until May 22, 2013. Defense counsel is then unavailable from May 23-May 28, 2013 due to furlough/annual leave; |
|5.| | Due to defense counsel's unavailability and the circumstances set forth herein, the government has no objection to Mr. Davaris' request for a continuance, and is agreeable to the June 26, 2013 date; |
|6.| | The parties further stipulate that under 18 U.S.C. 3161(h)(1)(D) time is automatically excluded due to the pending pretrial motion now before the Court. |

IT IS SO STIPULATED.

DATED: May 14, 2013         _____/S/_____

ELIZABETH M. FALK
Assistant Federal Public Defender


DATED: May 14, 2013         _____/S/_____

ACADIA SENESE
Assistant United States Attorney


### [P~~ROPO~~SED] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the motion hearing on Defendant's Motion to Suppress is hereby continued to June 26, 2013 at 2:30 p.m.

IT IS SO ORDERED.   Defendant's reply shall be filed by June 12, 2013.

DATED: 5/15/13         _____

THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

[Stamp: IT IS SO ORDERED AS MODIFIED / Judge Edward M. Chen / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]